AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

*E-filing*

ZIPTRONIX, INC.

*Plaintiff*

v.

OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.,

*Defendant*

*ADR*

Civil Action No.

**CV 10-05525**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Taiwan Semiconductor Manufacturing Company Ltd
No. 8, Li-Hsin Rd. VI, Hsinchu
Taiwan 300
R.O.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean P. DeBruine                    Richard M. McDermott
ALSTON & BIRD LLP                   ALSTON & BIRD LLP
275 Middlefield Road, Suite 150     101 South Tryon Street, Suite 4000
Menlo Park, California 94025-4008   Charlotte, North Carolina 28280

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **DEC - 6 2010**

*Tiffany Salinas-Harwell*

*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com